**MOTIONLESS KEYBOARD COMPANY, petitioner, v. MICROSOFT CORPORATION, et al.**
No. 07–574.
Jan. 7, 2008.

THE CHIEF JUSTICE and Justice BREYER took no part in the consideration or decision of this petition.